# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MILTON DAVID MARTINEZ-YANES,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**WARDEN, OF ERO EL PASO CAMP EAST MONTANA, IN HIS OR HER OFFICIAL CAPACITY; MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF THE IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS EL PASO FIELD OFFICE; AND MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY;**<br><br>***Respondents*.** | **No. 3:26-CV-01881-LS** |

## <u>ORDER FOR UPDATED STATUS</u>

The government shall file on or before **December 4, 2026,** a response explaining whether Petitioner remains in custody, and if so what efforts it has taken to remove him along Petitioner's cooperation or noncooperation with same.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 23, 2026.

LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE